# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARCUS N. WALKER**　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　No. 4:18-cv-73-DPM

**RYALS, Faulkner County Sheriff's Office;
ANDREWS, Lieutenant, Faulkner County
Detention Center; and PAIGE, Sergeant,
Faulkner County Detention Center**　　　　　　　　　**DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Walker hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 March 2018