# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MARCUS N. WALKER**                                                                 **PLAINTIFF**

v.                                                    **No. 4:18-cv-73-DPM**

**RYALS, Faulkner County Sheriff's Office;
ANDREWS, Lieutenant, Faulkner County
Detention Center; and PAIGE, Sergeant,
Faulkner County Detention Center**                                    **DEFENDANTS**

## JUDGMENT

Walker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2018